IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MARQUIS D. KINDRICKS,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:14-CV-2961-L** |
| | § | |
| **GARLAND POLICE DEPARTMENT,** *et al.,* | § | |
| | § | |
| Defendants. | § | |

## ORDER

This case, which was filed by *pro se* Plaintiff Marquis D. Kindricks on August 18, 2014, was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on September 29, 2014, recommending that the action be dismissed with prejudice as legally and factually frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).[*]

On October 14, 2014, Plaintiff filed "Marquis D Kindricks Orders: False Claims Act and Qui Tam" (Doc. 12), which the court construes as Plaintiff's objections to the Report.  Like his pleadings, Plaintiff's objections consist primarily of rambling, nonsensical references to various legal principles and arguments.  Plaintiff also asserts as follows:

I am, Marquis D Kindricks must know is the rule of law at a standstill within the territorial jurisdiction of the United States?

I am, Marquis D Kindricks must know is the rule of law without force within Garland in Garland Police Department within the territorial jurisdiction of the United States?

---

[*] The Report also notes that Plaintiff initiated another case on the same date against Progressive County Mutual Insurance Company, which was assigned to this court. *See Kindricks v. Progressive Cty. Mut. Ins. Co.*, No. 3:14-CV-02959-L-BH (N.D. Tex. 2014).

I am, Marquis D Kindricks must know is the court not able or willing to enforce the rule of law within the territorial jurisdiction of the United States?

Pl.'s Obj. 2-3.  After reviewing the pleadings, file, record in this case, objections, and Report, the court concludes that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court.  The court therefore **overrules** Plaintiff's objections (Doc. 12) and **dismisses with prejudice** this action as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

**It is so ordered** this 29th day of October, 2014.


Sam A. Lindsay
United States District Judge

Order – Page 2